UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY BRUCE RIGGS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No. CR20-052-RSL<br><br>ORDER DENYING SECOND MOTION TO BE CONSIDERED A CAREER OFFENDER |

　　　　This matter comes before the Court on defendant Gary Bruce Riggs' *pro se* "Second Motion to be Considered a Career Offender" (Dkt. # 17).  Having considered the motion and the remainder of the record, the Court finds as follows:

　　　　Regarding defendant's request to be considered a career offender, the Court reiterates its conclusion reached in its prior Order that the Court lacks the power to grant defendant the relief he seeks.  The Court cannot modify defendant's term of imprisonment once imposed, and the Court already gave defendant the maximum possible sentence.  See Dkt. # 16 (prior Order).

　　　　Regarding defendant's assertions that he committed additional crimes for which he has not been charged, it is the prosecutor, not the Court, that has power to charge defendant with such crimes.

　　　　Regarding defendant's final request, the Federal Public Defender's address is as follows:

　　　　Federal Public Defender's Office
　　　　1601 5th Ave
　　　　Ste 700 Westlake Center Office Tower
　　　　Seattle, WA 98101

ORDER DENYING SECOND MOTION TO BE
CONSIDERED A CAREER OFFENDER - 1

The Court, however, notes that defendant's counsel of record is Mr. Gilbert H. Levy:

> Law Office of Gilbert H Levy
> 2125 Western Ave Ste 330
> Seattle, WA 98121

For all of the foregoing reasons, IT IS HEREBY ORDERED THAT defendant's motion (Dkt. # 17) is DENIED.

DATED this 5th day of October, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING SECOND MOTION TO BE
CONSIDERED A CAREER OFFENDER - 2